# PAWAR LAW GROUP P.C.

**ATTORNEYS AT LAW**

20 VESEY STREET SUITE 1410
NEW YORK NEW YORK 10007

**Robert Blossner**

**Vik Pawar**

TEL (212) 571 0805
FAX (212) 571 0938

www.pawarlaw.com

February 1, 2022

**BY ECF:**

The Honorable Eric Komitee
Eastern District of New York

Re:     *Kalaj, et al., v. Kay, et al.*, 21 CV 4395 (ERC) (JRC)

Dear Judge Komitee:

I represent the plaintiffs in this action.

I respectfully request permission to file the bank account information about the defendants in redacted form. More specifically, in advance of me drafting a proposed second amended complaint, I would prefer to include the bank account information where the funds were transferred into defendants' bank account. However, since this is potentially sensitive information, I request permission to publish only the last four digits of the account number or any other alternative that Your Honor prefers.

Thank you.

Respectfully,

/s
Vik Pawar (VP9101)

Cc:     All counsel (by ECF)